UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER JOHN TRILIEGI, | ) | 1:11-cv—00201-BAM-HC |
| | ) | |
| Petitioner, | ) | ORDER DISCHARGING ORDER TO SHOW |
| | ) | CAUSE (DOC. 14) |
| v. | ) | |
| H. A. RIOS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on February 14, 2011, and on behalf of Respondent on December 19, 2011. Respondent has filed an answer to the petition, and Petitioner has filed a traverse. The case remains ready for decision, which will be rendered in due course.

Pending before the Court is Petitioner's response to the Court's order to show cause why the petition should not be

1

dismissed as moot, which issued on July 10, 2010, as a result of Petitioner's having filed a change of address which indicated that he might be out of custody.

In the response to the order to show cause and in further filings with the Court, Petitioner has established that he remains in the custody of the Bureau of Prisons at the United States Prison at Atwater, California. Accordingly, no basis for mootness appears on the docket.

Because Petitioner has responded to the order to show cause, the Court's order to show cause that issued on July 10, 2012, is DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 24, 2012**           **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE